IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| CHURCH MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FIRST MISSIONARY BAPTIST CHURCH OF ROSCOE, | ) ) ) | |
| Defendant. | ) ) | Civil Action No. 1:19-CV-020-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Church Mutual Insurance

Company take nothing on its claims asserted against First Missionary Baptist Church of Roscoe.

This Judgment fully and finally resolves of all claims asserted in the above-styled and -numbered

civil action.

SO ORDERED this _18th_ day of June, 2019.

_____

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE